# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 16, 2009

Charles R. Fulbruge III
Clerk

No. 07-41278
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ERIC ROLANDO ALARCON-MUNIZ, also known as
Osvaldo Gabriel Mendez-Garcia

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:01-CR-152-ALL

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Following this court's order of September 26, 2008, the Federal Public Defender appointed to represent Eric Rolando Alarcon-Muniz has again moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967). Alarcon-Muniz has not filed a response. Our independent review of the record and counsel's briefs discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.